UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
STANLEY Y. GOYA  
GEMMA T. GOYA  

Case No.: 18-12752  
Chapter: 7  
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

_John W. Sywilok_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on May 1, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtors' interest in real property:  
173-175 West 30th Street  
Bayonne, NJ 07002  
Market Value: $170,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Specialized Loan Servicing on which there is due approximately $425,000.00. |
|---|---|

| Amount of equity claimed as exempt: | No Equity |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee      /s/ John W. Sywilok  
Address: 51 Main Street, Hackensack, NJ 07601  
Telephone No.: (201) 487-9390

*rev.8/1/15*

```
                       United States Bankruptcy Court
                            District of New Jersey

In re:                                                      Case No. 18-12752-VFP
Stanley Y Goya                                              Chapter 7
Gemma T Goya
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2        Date Rcvd: Mar 26, 2018
                              Form ID: pdf905           Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb         Stanley Y Goya,    Gemma T Goya,    173-175 West 30th Street, Apt 1,    Bayonne, NJ  07002
517329397     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  FIA Card Services,    PO Box 982236,    El Paso, TX 79998)
517329386      +Bayonne Medical Center,    PO Box 1438,   Newark, NJ 07101-1438
517329389      +City of Bayonne,   630 Avenue C,    Bayonne, NJ 07002-3898
517329390      +City of Bayonne,   Tax Collectors Office,    630 Avenue C,   Bayonne, NJ 07002-3878
517329392      +Credit Acceptance,   25505 West 12 Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
517329394      +EZ Pass,   PO Box 4971,    Trenton, NJ 08650-4971
517329395      +Faloni & Associates LLC,    165 Passaic Avenue Suite 201B,    Fairfield, NJ 07004-3592
517329396      +Fein Such Kahn & Shepard,    Attorneys At Law,    7 Century Drive, #201,
                 Parsippany, NJ 07054-4609
517329398      +Garden State Healthcare Assoc,    PO Box 20503,   Newark, NJ 07101-5503
517329402      +HSBC,   c/o Specialezd Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Littleton, CO 80129-2386
517329400      +Hackensack NJ Medical Group,    92 Summit Avenue,    Hackensack, NJ 07601-1263
517329401      +Hackensack Radiology Grp,    PO Box 6750,   Portsmouth, NH 03802-6750
517329403      +Louis Soto Rios,    Court Officer,   PO Box 8203,   North Bergen, NJ 07047-8203
517329408      +New Jersey Imaging Network,    27695 Network Place,    Chicago, IL 60673-1276
517329415      +Remex Inc,   307 Wall Street,    Princeton, NJ 08540-1515
517329416      +Schachter Portnoy LLC,    3490 U.S. Highway 1,    Princeton, NJ 08540-5920
517329417      +Shapiro & DeNardo LLC,    Attorneys At Law,    14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242
517329418      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,   Littleton, CO 80163-6005
517329419      +United Healthcare Insurance,    Oxford,   4 Research Drive,    Shelton, CT 06484-6242
517329420      +Universal Radiology Trinita,    Remex Inc,   307 Wall Street,    Princeton, NJ 08540-1515
517329421      +University Radiology Group,    PO Box 1075,   East Brunswick, NJ 08816-1075
517329422      +Vanz LLC,   577 Hamburg Tpke,    Wayne, NJ 07470-2042
517329424      +Wells Fargo Bank,   PO Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:20     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:09:27
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517329385      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2018 00:09:53      American InfoSource LP,
                 as Agent for Verizon,    PO Box 248838,   Oklahoma City, OK 73124-8838
517329387       E-mail/Text: bankruptcy@cavps.com Mar 27 2018 00:05:42     Cavalry Portfolio Services,
                 PO Box 27288,   Tempe, AZ 85285
517329388      +E-mail/Text: ering@cbhv.com Mar 27 2018 00:05:15     CBHV,   PO Box 831,
                 Newburgh, NY 12551-0831
517329391      +E-mail/Text: ering@cbhv.com Mar 27 2018 00:05:15     Collection Bureau Hudson Valley, Inc.,
                 Po Box 831,   Newburgh, NY 12551-0831
517329393      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2018 00:05:06     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
517329399      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:08:58     GE Money Bank,    PO Box 96001,
                 Orlando, FL 32896-0001
517329404      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2018 00:09:44      LVNV Funding,
                 PO Box 10587,   Greenville, SC 29603-0587
517329405      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2018 00:10:16      LVNV Funding,
                 c/o Resurgent Capital Services,    PO Box 10675,   Greenville, SC 29603-0675
517329406      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 00:05:17     Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
517329407      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 00:05:17     Midland Funding,
                 2365 Northside Drive,    San Diego, CA 92108-2709
517329409      +E-mail/Text: bcwrtoff@cablevision.com Mar 27 2018 00:06:17     Optimium Cable,    685 Broadway,
                 Bayonne, NJ 07002-4724
517329411       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 00:10:07
                 Portfolio Recovery,    PO Box 41067,   Norfolk, VA 23541
517329410      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 00:23:31
                 Portfolio Recover Associates LLC,    140 Corporate Blvd,    Norfolk, VA 23502-4952
517329413      +E-mail/Text: bkdepartment@rtresolutions.com Mar 27 2018 00:05:37     Real Time Resolutions,
                 1349 Empire Central Drive Suite 150,    Dallas, TX 75247-4029
517329414      +E-mail/Text: bkdepartment@rtresolutions.com Mar 27 2018 00:05:37     Real Time Resolutions,
                 PO Box 36655,   Dallas, TX 75235-1655
517329412      +E-mail/Text: bkdepartment@rtresolutions.com Mar 27 2018 00:05:37     Real Time Resolutions,
                 PO Box 731940,   needed,   Dallas, TX 75373-1940
517330546      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:09:27     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517329423      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 27 2018 00:06:05     Web Bank,
                 215 South State Street, Suite 800,    Salt Lake City, UT 84111-2339
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Mar 26, 2018
                              Form ID: pdf905            Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee et
               al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee et
               al... kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com
              Nicholas  Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```