Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18–12752–VFP
                    Chapter: 7
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stanley Y Goya | Gemma T Goya |
| 173–175 West 30th Street, Apt 1 | 173–175 West 30th Street, Apt 1 |
| Bayonne, NJ 07002 | Bayonne, NJ 07002 |

Social Security No.:
  xxx–xx–4409                         xxx–xx–6579

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Sywilok is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 21, 2018</u>          <u>Vincent F. Papalia</u>
                                    Judge, United States Bankruptcy Court