**Page 1**

United States Bankruptcy Court
District of New Jersey -- Newark
------------------------------------
**Caption in Compliance with D. N.J. LBR 9004-2(c)**

FITZGERALD & CROUCH, P.C.
    By Nicholas Fitzgerald Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorneys for Debtors

_____
Attorney for Debtors -- I.D. # NF/<u>6129</u>

**Order Filed on November 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY  -- NEWARK
--------------------------------X

In re:

    Stanley Y. Goya

        &
 
    Gemma T. Goya

--------------------------------X

**Chapter 7**

Case No. 18-12752-VFP

**ORDER RE-OPENING CASE FOR THE LIMITED PURPOSE OF PERMITTING THE DEBTOR TO FILE AN ADVERSARY PROCEEDING OR PROCEEDINGS TO DETERMINE THE DISCHARGE OF DEBTS AND TO FILE APPROPRIATE MOTION OR APPLICATION TO ENFORCE THE DISCHARGE INJUNCTION**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 27, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtors:  Stanley Y. Goya & Gemma T. Goya
Case No. 18-12752-VFP
Caption:  **ORDER RE-OPENING CASE FOR THE LIMITED PURPOSE OF PERMITTING THE DEBTOR TO FILE AN ADVERSARY PROCEEDING OR PROCEEDINGS TO DETERMINE THE DISCHARGE OF DEBTS AND TO FILE APPROPRIATE MOTION OR APPLICATION TO ENFORCE THE DISCHARGE INJUNCTION**

_____

THIS MATTER having been opened to the Court by Nicholas Fitzgerald, the debtors' counsel, upon the debtor's Motion for an Order reopening the within Chapter 7 case for the limited purpose of permitting the debtor to file an adversary proceeding or proceedings to determine the discharge of debts and to enable the debtor to file the appropriate motion or application to enforce the discharge injunction; and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED,** that the within case is hereby re-opened; and it is further

**ORDERED,** that the debtors' counsel has 30 days from the date of the re-opening of the within case to file an adversary proceeding or adversary proceedings to determine the discharge of debts and/or to file the appropriate motion or application necessary to enforce the discharge injunction; and it is further

**ORDERED,** that if the debtors' counsel does not file an adversary proceeding or adversary proceedings to determine the discharge of debts or the appropriate motion or application within 30 days of the re-opening of this case, the case will be re-closed; and it is further

**ORDERED,** that a Chapter 7 trustee will **not** be reappointed to this case.